■ DAVID HAMMERICK, Plaintiff, v NATIONWIDE MUTUAL INSURANCE COMPANY, Defendant and Third-Party Plaintiff-Appellant. NEW YORK AUTOMOBILE INSURANCE PLAN, Third-Party Defendant-Respondent, et al., Third-Party Defendants. (Appeal No. 2.)

Present — Hancock, Jr., J. P., Callahan, Denman, Green and O'Donnell, JJ.